

# Fourth Court of Appeals
## San Antonio, Texas

January 5, 2021

No. 04-20-00571-CV
**IN RE D'SPAIN CONSTRUCTION L.L.C**.

No. 04-20-00574-CV
**IN RE** Rowena **KNEUPPER**

Original Proceedings[1]

# O R D E R

On November 30, 2020, Relators filed separate petitions for writs of mandamus and requested stays pending final resolution of their petitions. In our December 1, 2020 order, we granted Relators' requests for temporary relief and requested that the real parties in interest file responses. *See* TEX. R. APP. P. 52.8(b).

On December 15, 2020, Real Party in Interest George Samuel Ludolf filed a response stating that "he is rescinding the deposition subpoena sent to Relator Kneupper's counsel."

The court requests that Relators file a reply to Real Party in Interest's response. Any reply must conform with Rule 52.5 and must be filed within SEVEN DAYS of the date of this order. *See* TEX. R. APP. P. 52.8(b).

It is so **ORDERED** on January 5, 2021.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court

---

[1] These proceedings arise out of Cause No. 20-274, styled *D'Spain Construction L.L.C. v. George Samuel Ludolf, Individually and as Owner/Manager of GSL Ranch LLC a/k/a GSL Ranch; et al.*, pending in the 451st Judicial District Court, Kendall County, Texas. The Honorable Kirsten Cohoon signed the orders at issue in these original proceedings.